UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-60334-CIV-SMITH

E.C. RUFF MARINE, INC.,

    Plaintiff,

v.

M/V "BELLA GIORNATA," 89' Lazzara, motor vessel, her boats, engines, tackle, equipment, apparel, furnishings, freights, appurtenances, and all fixtures and other necessaries there unto appertaining and belong to the vessel, *in rem*,

    Defendant.
_____/

## ORDER TO SHOW CAUSE

This matter is before the Court on a *sua sponte* review of the record. On February 11, 2021, Plaintiff filed its Complaint [DE 1] against Defendant M/V "BELLA GIORNATA," 89' Lazzara, motor vessel, her boats, engines, tackle, equipment, apparel, furnishings, freights, appurtenances, and all fixtures and other necessaries there unto appertaining and belong to the vessel (the "Vessel"), *in rem*. Upon review of the record, Plaintiff has not acted in this case since filing the Complaint on February 11, 2021. Additionally, Defendant has not been served with process. Accordingly, it is

**ORDERED** that, no later than June 11, 2021, Plaintiff shall show good cause why this case should not be dismissed for lack of prosecution. Plaintiff's failure to comply with this Order will result in dismissal of the case without further notice.

**DONE AND ORDERED** in Fort Lauderdale, Florida on this 4th day of June, 2021.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc: Counsel of record