UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
"IN ADMIRALTY"
CASE NO: 21-cv-60334

E.C. RUFF MARINE, INC.
a Florida Profit Corporation,
      Plaintiff,

vs

M/V *"BELLA GIORNATA,"* 89' Lazzara,
motor vessel, her boats, engines,
tackle, equipment, apparel, furnishings,
freights, appurtenances, and all fixtures and
other necessaries there unto appertaining and
belonging to the vessel, *in rem*.
      Defendant.
_____/

## MOTION FOR APPOINTMENT OF APEX MARINE, LLC
## AS SUBSTITUTED CUSTODIAN

      Pursuant to Local Admiralty Rule E(10)(c), Plaintiff, E.C. RUFF MARINE, INC., (hereinafter "Plaintiff"),, by and through their undersigned counsel, represents the following: On February 11, 2021, Plaintiff initiated the above-styled action against Defendants, M/Y *"BELLA GIORNATA,"* a 89' Lazzara manufactured vessel, her boats, engines, tackle, equipment, apparel, furnishings, freights, appurtenances, and all fixtures and other necessaries there unto appertaining and belonging to the vessel, in rem, (hereinafter "Defendant Vessel").

      1.      Concurrently filed with this Motion is a Motion for an Order directing the Clerk of Court to Issue a Warrant, *in rem,* upon approval of this Court the Clerk of the District Court will be issuing Warrant of Arrest against Defendant Vessel, directing the U.S. Marshal to take custody of the vessel and to retain custody of the vessel pending further order of this Court.

      2.      Subsequent to the issuance of the Warrant of Arrest, the U.S. Marshal will take steps to immediately seize the vessel. Thereafter, continual custody by the U.S. Marshal will

require the services of at least one custodian at the costs set forth in the Affidavit of Substitute Custodian, concurrently filed herewith.

3. Defendant Vessel will be transported to and berthed at 1995 N.W. 11th Street, Miami, FL 33125 subject to the approval of the Court.

4. The Proposed Substitute Custodian, APEX MARINE, LLC ("Proposed Substitute Custodian"), is prepared to provide security, insurance, wharfage, and other routine services for the safekeeping of the vessel at a cost substantially less than that presently required by the U.S. Marshal and as set forth in the Affidavit of Proposed Substitute Custodian filed herewith. Proposed Substitute Custodian has also agreed to continue to provide these services pending further order of this Court.

5. Proposed Substitute Custodian has adequate personnel, experience, and adequate facilities, for the care, maintenance, and security of Defendant Vessel.

6. Concurrently filed with this Motion, Plaintiff has filed a Consent Indemnification Agreement in accordance with Local Admiralty Rule E(10)(c).

WHEREFORE Plaintiff requests that this Court enter an order approving APEX MARINE, LLC as the Substitute Custodian for Defendant Vessel, and for any further relief that this Honorable Court deems just and proper.

Respectfully submitted on this 14th day of June, 2021.

By: /s/ Adam M. Ludwin
Adam M. Ludwin, Esq.
Florida Bar No: 101742
Ludwin Law Group, P.A.
85 SE 4th Ave, Suite 108
Delray Beach, FL 33483
Office Phone: (561) 455-4455
Primary Email: adam@ludwinlaw.com
Secondary Email: taneika@ludwinlaw.com

cc: US Marshal's Service
Counsel of Record
Substitute Custodian