UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
"IN ADMIRALTY"
CASE NO: 21-cv-60334

E.C. RUFF MARINE, INC.
a Florida Profit Corporation,

      Plaintiff,

vs

M/V "BELLA GIORNATA," 89' Lazzara,
motor vessel, her boats, engines,
tackle, equipment, apparel, furnishings,
freights, appurtenances, and all fixtures and
other necessaries there unto appertaining and
belonging to the vessel, *in rem*.

      Defendant.
_____/

<u>AFFIDAVIT OF PROPOSED SUBSTITUTE CUSTODIAN, APEX MARINE, LLC</u>

STATE OF FLORIDA
COUNTY OF ____Miami Dade____

    I, Ismael Perera, as authorized agent of APEX MARINE, LLC, being duly sworn, deposes and says:

    1.    Affiant is the authorized agent for APEX MARINE, LLC.

    2.    Affiant is familiar with Defendant Vessel, M/Y *"BELLA GIORNATA,"* at least to the extent of her size, type, construction material and apparent condition, and believes that he has adequate facilities and supervision for, and to safely keep said vessel in place of the U.S. Marshal during the pendency of the suit herein, and until further order of this Court.

    3.    Furthermore, Affiant states that he will perform the following services for said vessel during her custodianship: insure, provide dockage, adequate and necessary security, towage/shifting, and pumping when necessary.

4. Affiant estimates the approximate value of the vessel to be $1,250,000 Dollars.

5. That the charge for dockage will be the sum of $4.25 per foot, per day, including tax, plus electric.

6. The Substitute Custodian charges $500 as a mobilization fee which covers the preliminary planning, staging and coordination of the arrest. The mobilization fee is earned upon execution by the Substitute Custodian of its Affidavit and the Consent and Indemnification Agreement. Additional fees will be required to hire a crew to transport Defendant Vessel. There will also be a charge of $300 per month or any portion thereof to act as Substitute Custodian.

7. Affiant has adequate facilities and supervision for the proper safekeeping of Defendant Vessel, and possesses insurance and assets adequate to respond in the event of damage or injury to Defendant Vessel, M/V "BELLA GIORNATA," during said custody or for damage sustained by third parties due to the negligence of said custodian.

8. Affiant will accept, in accordance with the terms of this Honorable Court's Order, possession for Defendant Vessel, M/V "BELLA GIORNATA," her boats, engines, tackle, equipment, apparel, furnishings, freights, appurtenances, and all fixtures and other necessaries there unto appertaining and belonging to the vessel, which is the subject of this action.

FURTHER AFFIANT SAYETH NAUGHT.

By: _____
Ismael Perera
Authorized Agent
of APEX MARINE, LLC

SWORN TO and subscribed before me, the undersigned authority, this __11__ day of June, by Ismael Perera as authorized agent of APEX MARINE, LLC, [X] who is personally known to me or [ ] who has produced identification.

_____
Notary Public, State of Florida
My Commission Expires _June 15, 2024_

SEAL

ROXANA SOFIA PLASENCIA
MY COMMISSION # GG 959521
EXPIRES: June 15, 2024
Bonded Thru Notary Public Underwriters