**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
"IN ADMIRALTY"**

**CASE NO: 21-cv-60334**

E.C. RUFF MARINE, INC.
a Florida Profit Corporation,

        Plaintiff,

vs

M/V *"BELLA GIORNATA,"* 89' Lazzara,
motor vessel, her boats, engines,
tackle, equipment, apparel, furnishings,
freights, appurtenances, and all fixtures and
other necessaries there unto appertaining and
belonging to the vessel, *in rem.*

        Defendant.
_____/

## CONSENT AND INDEMNIFICATION AGREEMENT
## FOR THE APPOINTMENT OF A SUBSTITUTE CUSTODIAN

Proposed Substitute Custodian, APEX MARINE, LLC, hereby expressly release the U.S. Marshal for this district, the U.S. Marshal Service, Plaintiff, Plaintiff's Counsel, and any other individuals or entities associated with the arrest of the vessel, from any and all liability and responsibility for the care and custody of Defendant Vessel, M/Y *"BELLA GIORNATA,"* her boats, engines, tackle, equipment, apparel, furnishings, freights, appurtenances, and all fixtures and other necessaries there unto appertaining and belonging to the vessel, while in the care, custody and control of APEX MARINE, LLC.

APEX MARINE, LLC also expressly agrees to hold the U.S. Marshal for this district, the U.S. Marshal Service, Plaintiff, Plaintiff's Counsel, and any other individuals or entities associated

with the arrest of the vessel, harmless from any and all claims whatsoever arising during the period of the substitute custodianship.

SIGNED this \_\_11\_\_ day of June, 2021.

On behalf of APEX MARINE, LLC

_____
Authorized Agent

\_\_Ismael Perera_____
Print Name

APEX MARINE, LLC
1995 N.W. 11th Street
Miami, FL 33125
(305) 858-9700

I, Adam M. Ludwin, have been authorized to execute and submit this agreement on behalf of Plaintiff, E.C. RUFF MARINE, INC.

By: /s/ Adam Ludwin
Adam M. Ludwin, Esq.
FL Bar No.: 101742
Attorney for Plaintiff
Ludwin Law Group, P.A.
85 S.E. 4th Avenue, Suite 108
Delray Beach, FL 33483
Office Phone: (561) 455-4455
Email: Adam@LudwinLaw.com
Secondary Email: Taneika@LudwinLaw.com

cc: US Marshal Service