UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-60334-CIV-SMITH/VALLE

E.C. RUFF MARINE, INC.,

    Plaintiff,

v.

M/V "BELLA GIORNATA," 89' Lazzara, motor vessel, her boats, engines, tackle, equipment, apparel, furnishings, freights, appurtenances, and all fixtures and other necessaries there unto appertaining and belonging to the vessel, *in rem*., et al.,

    Defendants.

_____/

## ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE

This matter is before the Court upon the Magistrate Judge's Report and Recommendation to District Judge [DE 143] recommending Plaintiff's Motion to Determine Amount of Attorney's Fees [DE 135] (the "Motion") be granted in part. No objections have been filed. Accordingly, having reviewed the Report and Recommendation, the motion, the record, and given that no objections have been filed, it is

**ORDERED** that:

    1)    The Magistrate Judge's Report and Recommendation to District Judge **[DE 143]** is **AFFIRMED and ADOPTED** and incorporated by reference into this Court's Order.

    2)    Plaintiff's Motion to Determine Amount of Attorney's Fees **[DE 135]** is **GRANTED IN PART**. Plaintiff is awarded $71,964.00 in attorneys' fees.

**DONE and ORDERED** in Fort Lauderdale, Florida, this 12th day of February, 2026.

*[signature]*

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record